# Court of Appeals
# of the State of Georgia

ATLANTA,    March 01, 2016

*The Court of Appeals hereby passes the following order:*

## A15A2057. GUMBK CONSTRUCTORS, et al v. McCLUNG.

After an award of workers' compensation benefits to Mitchell McClung was affirmed by operation of law, McClung's employer, GUMBK Constructors, filed an application for a discretionary appeal, which we granted. Having now reviewed the appellate record and the briefs of the parties, we have concluded that the appeal was improvidently granted. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*    03/01/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*